FILED

OCT 21 2025  JJ

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA ☒ Check if this is an amended filing

Fill in this information to identify the case:

Debtor name: South Hayward Ventures LLC
United States Bankruptcy Court for the: District of California (State)
Case number (if known): 25-41970

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | PG&E<br>77 Beale Street. PO box 77000, San Francisco, CA, 94177 | 415-973-7000<br>pgebankruptcy@pge.com | electricity | | | | |
| 3 | City Of Hayward<br>777 B Street, Hayward, CA, 94541 | 510-583-4171<br>ashley.silva@hayward-ca.gov | City Fees | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |