# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 10/22/2025 |
| Case: 25–41970 | Form ID: OFRDNI | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      Not Assigned – OK

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      South Hayward Ventures LLC      2935 Fulton Avenue      Sacramento, CA 95821

TOTAL: 1