PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, SBN MN 310931
ASSISTANT UNITED STATES TRUSTEE
PHILLIP J. SHINE, SBN CA 318840
Trial Attorney
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Email: phillip.shine@usdoj.gov

Attorneys for the United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>SOUTH HAYWARD VENTURES LLC,<br><br>              Debtor. | Case No. 25-41970 WJL<br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears pursuant to Federal Rule of Bankruptcy Procedure 9010 for Peter C. Anderson, the United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Phillip J. Shine
    450 Golden Gate Avenue, Room 05-0153
    San Francisco, CA 94102
    Email: phillip.shine@usdoj.gov

Dated: October 23, 2025        PETER C. ANDERSON
                                          UNITED STATES TRUSTEE

                                          */s/Phillip J. Shine*
                                          Phillip J. Shine
                                          Trial Attorney for United States Trustee