UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 31 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re  South Hayward Ventures LLC  )
)
) Case No.  25-41970
)
)
)

## VERIFICATION OF MASTER EQUITY SECURITY HOLDER ADDRESS LIST

I declare under penalty of perjury that the attached Master Equity Security Holder Address List is a true, correct, and complete list of equity security holders and their addresses in this case.

I acknowledge the following:

- Filing a List of Equity Security Holders with incomplete or incorrect addresses may mean that equity security holders with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case and/or subsequent notices in the case.

- The Court will use the addresses on the attached Master List of Equity Security Holders for all items that the Court mails and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of equity security holders.

DATED: 10/31/2025

_____
Attorney for Debtor

In talks with Jonathan Madison from The Madison Firm, he will file notice of representation prior to IDI meeting.

EDC 2-101 (New, 04/22)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

**In re:**
South Hayward Ventures, LLC

**Debtor.**

Case No.: 25-41970
Chapter: 11

## MASTER EQUITY SECURITY HOLDER LIST

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of all equity security holders of the above-named debtor as of the petition date.

| No. | Name / Entity | Address | Equity Interest | Type |
|---|---|---|---|---|
| 1 | Asad Khan | 2935 Fulton Avenue Sacramento, CA 95821 | 100% | Member |

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing Master Equity Security Holder List of **South Hayward Ventures, LLC** is true and correct to the best of my knowledge, information, and belief.

Date: 10/31/25

_____
Authorized Representative for South Hayward Ventures, LLC
Name: Asad Khan
Title: Managing Member