# LIMITED LIABILITY COMPANY RESOLUTION

OF

## SOUTH HAYWARD VENTURES, LLC

Case No. 25-41970
United States Bankruptcy Court, Northern District of California

FILED
OCT 31 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The undersigned, being the sole member of South Hayward Ventures, LLC, a California limited liability company (the "Company"), hereby adopts the following resolution pursuant to the Company's Operating Agreement and the laws of the State of California.

### RESOLVED:

That the Company shall file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of California; and that such filing is in the best interest of the Company.

FURTHER RESOLVED, that Asad Khan, as the Managing Member of the Company, is hereby authorized and directed to execute and file all documents necessary to carry out the intent of the foregoing resolution, including but not limited to the voluntary petition, schedules, statements, lists, and any other documents required by the Bankruptcy Code or the Bankruptcy Rules; and to appear on behalf of the Company in all matters related thereto.

FURTHER RESOLVED, that all actions heretofore taken by Asad Khan in connection with the preparation of such filings are hereby ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned has executed this Resolution on this 31st day of October, 2025.

_____
Asad Khan, Managing Member
South Hayward Ventures, LLC