WRIGHT, FINLAY & ZAK, LLP
ARNOLD L. GRAFF, ESQ. (SBN 269170)
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050
Facsimile: (949) 608-9142
agraff@wrightlegal.net
WFZ #252-20252779.001

Attorney for Secured Creditor,
29181 DIXON LLC, AN ARIZONA LIMITED LIABILITY COMPANY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SOUTH HAYWARD VENTURES, LLC,<br><br>Debtor. | BK Case No. 25-41970-WJL<br><br>Chapter: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Bankr. P. 9010 attorney Arnold L. Graff, Esq., of Wright, Finlay & Zak, LLP, represents Secured Creditor, 29181 DIXON LLC, AN ARIZONA LIMITED LIABILITY COMPANY, in the above-referenced bankruptcy case. Wright, Finlay & Zak, LLP also hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy whether or not notice is ordinarily required, including all pleadings or notices under Fed. R. Bankr. P. 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors,

1

parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

Wright, Finlay & Zak, LLP further requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

>WRIGHT, FINLAY & ZAK, LLP
>Arnold L. Graff, Esq. (SBN 269170)
>4665 MacArthur Court, Suite 200
>Newport Beach, CA 92660
>Tel: (949) 477-5050; Fax: (949) 608-9142
>Email: agraff@wrightlegal.net

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Wright, Finlay & Zak, LLP's participation in the instant proceeding. Moreover, the within party does not authorize Wright, Finlay & Zak, LLP, either expressly or impliedly through Wright, Finlay & Zak, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

**WRIGHT, FINLAY & ZAK, LLP**

Dated: November 12, 2025

By:/s/ *Arnold L. Graff, Esq.*
Arnold L. Graff, Esq.
Attorney for Secured Creditor,
29181 DIXON LLC, AN ARIZONA LIMITED LIABILITY COMPANY