Jonathan Madison, SBN #311553
The Madison Firm
345 California Street, Suite 600
San Francisco, California 94104
Telephone: (415) 779-3177
jmadison@themadisonfirm.com

Attorneys for Debtor,
SOUTH HAYWARD VENTURES LLC

# UNITED STATES BANKRUPTCY COURT

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>**SOUTH HAYWARD VENTURES LLC**<br><br>DEBTOR, | Case No: 25-41970<br><br>Chapter 11<br><br>**EX PARTE APPLICATION TO EMPLOY JONATHAN MADISON, ESQ. AS ATTORNEY FOR THE ESTATE AND THE DEBTOR** |

I, Asad Kahn, as authorized agent for the debtor and applicant herein, respectfully represents:

1. On December 10, 2025, I caused to be filed the debtor's petition for reorganization under Chapter 11 of the Bankruptcy Code.

2. The debtor now wishes to employ Jonathan Madison, Esq. and The Madison Firm, (hereinafter "attorney"), to assist it with the necessary amendments to and preparation of its Chapter 11 Petition, preparation of its schedules, to provide it with advice and counseling as to the bankruptcy proceedings, to respond to court documents and pleadings, to prepare a Chapter 11 plan and disclosure statement, to attend court hearings on its behalf, and to prepare a final decree.

3. The debtor has selected this attorney for the reason that the attorney has agreed to assist it with this bankruptcy filing and will be able to advise it on its obligations during this bankruptcy proceeding.

4. The debtor has agreed to pay attorney and has paid attorney $5,000 as a retainer for this case and is requesting approval to pay attorney the $5,000 as a retainer.

5. The debtor has never employed attorney in the past for any legal matters in this case nor does the debtor owe him any monies. Neither does the attorney owe the debtor or me any monies.

6. Attorney's current hourly rate is $525.00. Attorney has agreed to represent the debtor under the above hourly rate subject to the approval of this court. Attached and incorporated by reference is a copy of the retainer agreement with attorney.

7. I am the sole member of the debtor and am authorized to act on behalf of the debtor.

8. To the best of my knowledge, neither Attorney nor any member of his office has any interest adverse to the debtor or its estate in any of the matters upon which he is to be engaged, and I believe attorney's employment would be in the best interests of this estate. Further, neither Attorney nor any member of his office is an insider, has or holds any interests of the debtor, is related to the debtor in any way except as its attorney and otherwise has no stake in the debtor's assets or liabilities. Further, neither Attorney nor any member of his staff is related to the debtor, or its accountants or attorneys, except as its attorney, or to its creditors, or their respective attorneys or accountants, to the U.S. trustee, the trustee's staff or members of its office, or any other party in interest.

WHEREFORE, I pray that the debtor be authorized to employ Attorney and that it has such other and further relief as is just.

Date: 12/10/2025

By: / s / Asad Kahn
<br>_____
Asad Kahn, CEO