Jonathan Madison, SBN #311553
The Madison Firm
345 California Street, Suite 600
San Francisco, California 94104
Telephone: (415) 779-3177
jmadison@themadisonfirm.com

Attorneys for Debtor,
SOUTH HAYWARD VENTURES LLC

# UNITED STATES BANKRUPTCY COURT

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**SOUTH HAYWARD VENTURES LLC**<br><br>DEBTOR, | Case No: 25-41970<br><br>Chapter 11<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY JONATHAN MADISON, ESQ. AS ATTORNEY FOR THE ESTATE AND THE DEBTOR** |

## I. INTRODUCTION

This Memorandum of Points and Authorities is submitted in support of the Ex Parte Application of South Hayward Ventures LLC (the "Debtor") for entry of an order authorizing the employment of Jonathan Madison, Esq. of The Madison Firm, as counsel for the Debtor pursuant to 11 U.S.C. §§ 327 and 329 and Bankruptcy Rules 2014, 2016, and 5002. The Debtor filed its Chapter 11 petition on October 21, 2025. The requested employment is in the best interest of the estate such that the Debtor has competent bankruptcy counsel to professionally navigate the Debtor's best interest.

## II. LEGAL STANDARD FOR EMPLOYMENT OF ATTORNEYS IN CHAPTER 11.

Under 11 U.S.C. § 327(a), the debtor-in-possession, with court approval, may employ one or more attorneys that do not hold or represent an interest adverse to the estate and that are disinterested persons to represent or assist the debtor in carrying out its duties under the

Bankruptcy Code. The application must be accompanied by a verified statement of the proposed attorney pursuant to Rule 2014.

### III. COMPLIANCE WITH LEGAL REQUIREMENTS

The Ex Parte Application and supporting declaration of Jonathan Madison, Esq. demonstrate compliance with Bankruptcy Code §§ 327 and 329, and Bankruptcy Rules 2014, 2016, and 5002:

1. Mr. Madison is a duly licensed attorney practicing before this Court.
2. Mr. Madison has no interest adverse to the Debtor or the estate.
3. Neither Mr. Madison nor any member of his firm is related to the judge, debtor, creditors, or other interested parties.
4. A disclosure of compensation pursuant to Rule 2016 is being filed concurrently with this application.
5. Mr. Madison seeks approval of a $5,000 retainer and an hourly rate of $525.00, subject to this Court's approval.
6. A copy of the retainer agreement is attached to the application.

### V. CONCLUSION

Based on the foregoing, the Debtor respectfully requests that the Court grant the Ex Parte Application and enter an order authorizing the employment of Jonathan Madison, Esq. as counsel for the Debtor, effective as of the petition date or such other date as the Court deems appropriate, and for such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 10, 2025 at San Francisco, California.

Respectfully submitted,
THE MADISON FIRM

　/ s / Jonathan Madison_____
Jonathan Madison, Esq.

2

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION**
Case: 25-41970    Doc# 20-3    Filed: 12/10/25    Entered: 12/10/25 12:01:45    Page 2 of 2