Entered on Docket
February 3, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.**
**Signed: February 3, 2026**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>South Hayward Ventures LLC,<br><br>Debtor. | Case No.   25-41970 WJL<br><br>Chapter 11<br><br>**Status Conference Scheduled:**<br>Date: February 11, 2026<br>Time: 10:30 a.m.<br>Location: 1300 Clay St., Ctrm 220/ Zoom<br>Oakland, CA 94612 |

### ORDER CONTINUING STATUS CONFERENCE

On October 21, 2025, Debtor South Hayward Ventures LLC (the "Debtor") filed a voluntary Chapter 11 petition [Dkt. #1]. The Court scheduled a Status Conference for January 7, 2026, requiring the Debtor to file and appropriately serve a status conference statement seven calendar days prior to the status conference date [Dkt. #7].

The Status Conference came on for hearing on January 7, 2026, and there were no appearances made by the Debtor or Debtor's counsel.

As such, the Court HEREBY ORDERS that the Status Conference be continued to **February 11, 2026 at 10:30 a.m.** to discuss updates in the case. Attendance at the Status

Conference is mandatory. If there are no appearances at the continued Status Conference, the case may dismissed.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

None.