UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: SOUTH HAYWARD VENTURES, LLC,

Debtor(s)

Bankruptcy No.: 25-41970-WJL
R.S. No.: ALG-1
Hearing Date: 02/25/2026
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 10/21/2025    Chapter: 11
    Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____         Source of value: _____
   Contract Balance: $_____          Pre-Petition Default: $_____
   Monthly Payment: $_____           No. of months: _____
   Insurance Advance: $_____         Post-Petition Default: $_____
                                      No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 29181 Dixon St., Hayward, CA 94544; 216 Valle Vista Ave., Hayward, CA 94544; and 218 Valle Vista Ave., Hayward, CA 94544

   Fair market value: $_____    Source of value: Debtor's Schedule A/B    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.): Second Trust Deed

   Approx. Bal. $179,907.03            Pre-Petition Default: $ Matured        Amounts include fees, costs,
   As of (date): 02/02/2026            No. of months: _____                  missed payments, interest,
   Mo. payment: $655.00                Post-Petition Default: $ Matured       escrow, late charges and
   Notice of Default (date): 03/05/2025    No. of months: _____              motion fee.
   Notice of Trustee's Sale: 09/23/2025    Advances Senior Liens: $ Matured

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.): **Loan Matured 2/1/2025**

   | Position | | Amount | Mo. Payment | Defaults |
   |---|---|---|---|---|
   | 1st Trust Deed: | Senior Lienholder | $800,000.00 | $ | $ |
   | 2nd Trust Deed: | Movant | $179,907.03 | $ | $ |
   | | : | | | |
   | | : | | | |
   | | : | | | |
   | (Total) | | $979,907.03 | $ | $ |

(D) Other pertinent information: Debtor has failed to comply with many prosecural requirements in this second consecutive chapter 11 bankruptcy, and Movant's claim has fully matured.

/s/ Arnold L. Graff, Esq.
Signature
Arnold L. Graff
Print or Type Name

Attorney for Movant

CANB Documents Northern District of California

Case: 25-41970    Doc# 23-2    Filed: 02/05/26    Entered: 02/05/26 10:40:04    Page 1 of 1