**WRIGHT, FINLAY & ZAK, LLP**
ARNOLD L. GRAFF, ESQ. SBN 269170
agraff@wrightlegal.net
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050
Facsimile: (949) 608-9142
WFZ #252-20252779.001

Attorneys for Movant,
29181 DIXON LLC, AN ARIZONA LIMITED LIABILITY COMPANY

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SOUTH HAYWARD VENTURES, LLC,<br><br>Debtors. | Case No.: 25-41970-WJL<br>Chapter: 11<br>R.S. No. ALG-1<br><br>**DECLARATION IN SUPPORT OF MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND (d)(4) (REAL PROPERTY)**<br><br>Hearing:<br>Date: February 25, 2026<br>Time: 9:30 a.m.<br>Crtrm: 220 (Hybrid)<br>Location: United States Bankruptcy Court<br>　　　　　1300 Clay Street<br>　　　　　Oakland, CA 94612 |

**DECLARATION IN SUPPORT OF MOVANT'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY PURSUANT TO
<u>11 U.S.C. § 362(d)(1) AND (d)(4) (REAL PROPERTY)</u>**

I, <u>Don Gieseke</u>, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify competently to the facts contained herein.

2. I am now, and at all times relevant hereto have been the managing member of 29181 Dixon LLC ("Movant"). In such capacity, I have custody and control of the business records of Movant as they relate to the loan secured by the subject real properties of this action located at 29181 Dixon Street, Hayward, CA 94544 (the "Dixon Property"), 216 Valle Vista Ave., Hayward, CA 94544 ("216 Valle Vista"), and 218 Valle Vista Ave., Hayward, CA 94544 ("216 Valle Vista", collectively, the "Subject Properties"), and to the loan transaction which is the subject of this action. I am familiar with the way those records are compiled.

3. The business records of Movant are made in the ordinary course of business by persons who have a business duty to Movant to make such records ("Loan Records"). The Loan Records were made at or near the time of the occurrence of the event or events of which they are of record. I have personally reviewed Movant's Loan Records as they relate to the subject transaction herein, and, as a result, I am qualified to testify to the facts herein.

4. The Loan Records reflect that on or about January 29, 2024, Movant funded a loan to the borrower SOUTH HAYWARD VENTURES, LLC ("Borrower" or "Debtor") in the original principal sum of $157,085.00, plus interest at a rate as defined in the promissory note ("Note"). A true and correct copy of the Note is attached hereto as **Exhibit "1"** and is incorporated herein by reference.

5. The Loan Records and publicly recorded title documents further reflect that repayment of the Loan was secured by a duly executed Deed of Trust ("Deed of Trust") recorded against the Subject Properties in the Alameda County Recorder's Office on January 31, 2024. A true and correct copy of the recorded Deed of Trust is attached hereto as **Exhibit "2"** and is incorporated herein by reference.

6. The Loan Records further reflect that, pursuant to the terms of the Note and Deed of Trust, Debtor was to tender monthly principal-only payments of $655.00 each,

1 commencing March 1, 2024, followed by a full lumpsum payment of the total remaining
2 principal balance, plus unpaid fees, costs interest and advances became due on February 1,
3 2025 (the "Maturity Date") [*See* **Exhibits "1"** and **Exhibit "2"**].

4      7.    The Borrower subsequently defaulted on the terms of the Loan, which caused
5 Movant to commence foreclosure proceedings.

6      8.    The Loan Records further show that as of October 21, 2025, the total payoff on
7 Movant's fully matured loan was $175,918.51. The Loan Records further reflect that, as of
8 February 1, 2026, the loan had grown to approximately $179,907.03.

9    I declare under penalty of perjury under the laws of the State of California and of the
10 United States that the foregoing is true and correct. Executed this __4th__ day of February
11 2026, at __Payson__, Arizona.

12                            *Donald Gieseke*
                                Don Gieseke, Declarant

3

Case: 25-41970   Doc# 24   Filed: 02/05/26   Entered: 02/05/26 10:48:14   Page 3 of 3
Declaration in Support of Movant's Motion
Case No.: 25-41970-WJL