**WRIGHT, FINLAY & ZAK, LLP**
ARNOLD L. GRAFF, ESQ. SBN 269170
agraff@wrightlegal.net
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050
Facsimile: (949) 608-9142
WFZ #252-20252779.001

Attorneys for Movant,
29181 DIXON LLC, AN ARIZONA LIMITED LIABILITY COMPANY

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SOUTH HAYWARD VENTURES, LLC,<br><br>Debtors. | Case No.: 25-41970-WJL<br>Chapter: 11<br>R.S. No. ALG-1<br><br>**NOTICE OF HEARING ON MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND (d)(4) (REAL PROPERTY)**<br><br>Hearing:<br>Date: February 25, 2026<br>Time: 9:30 a.m.<br>Crtrm: 220 (Hybrid)<br>Location: United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

**NOTICE OF HEARING ON MOVANT'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY PURSUANT TO
11 U.S.C. § 362(d)(1) AND (d)(4) (REAL PROPERTY)**

**PLEASE TAKE NOTICE THAT** a hearing on 29181 DIXON LLC, AN ARIZONA LIMITED LIABILITY COMPANY ("Movant") Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) and (d)(4) (Real Property) (the "Motion") will be heard on February 25, 2026 at 9:30 am. Parties may attend the hearing in person, but you may also attend by Zoom Webinar/AT&T Teleconference.

1

Case: 25-41970    Doc# 25    Filed: 02/05/26    Entered: 02/05/26 10:51:09    Page 1 of 2
Notice of Hearing on Movant's Motion
Case No.: 25-41970-WJL

This Motion is being made pursuant to Local Bankruptcy Rule ("LBR") 4001-1, 11 U.S.C. § 362(d), and Federal Rules of Bankruptcy Procedure ("FRBP") Rule 4001, and is based on this Notice of Motion and the grounds for relief from stay under 11 U.S.C. § 362 as set forth in the accompanying Motion, the Memorandum of Points and Authorities in Support of the Motion, and the Declaration of Don in Support of Movant's Motion being filed concurrently herewith, the complete files and records in this action, the oral argument of counsel, if any, and such other and further evidence as the Court might deem proper.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to LBR 4001-1(c), Movant has filed and served its Motion with at least fourteen (14) days prior to the hearing date. Any party seeking to oppose the Motion must appear personally or by counsel at the above noticed preliminary hearing and indicate the basis of the opposition. Respondents opposing the Motion are not required, but may file responsive pleadings, points and authorities or declarations for any preliminary hearing. Failure to appear at the preliminary hearing, either personally or by counsel, may deemed by the Court to be consent to the granting of the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** counsel, parties, and other interested parties may attend the hearing in person but may also attend by Zoom Webinar/AT&T Teleconference. Additional information is available on Judge Lafferty's Procedures page on the court's website, and information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the Court's website. If you have questions about how to participate in a Zoom Webinar/AT&T Teleconference, you may contact the court by calling (888) 821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Respectfully submitted,
**WRIGHT, FINLAY & ZAK, LLP**

Dated: 02/05/2026

By: /s/ Arnold L. Graff
Arnold L. Graff, Esq.
Attorneys for Movant.