Entered on Docket
February 13, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN,
SBN MN 310931
ASSISTANT U.S. TRUSTEE
PHILLIP J. SHINE, SBN CA 318840
Trial Attorney
**U.S. DEPARTMENT OF JUSTICE**
Office of the United States Trustee
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Email: phillip.shine@usdoj.gov

Attorneys for the U.S. Trustee, Region 17

**The following constitutes the order of the Court.
Signed: February 13, 2026**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>SOUTH HAYWARD VENTURES LLC,<br><br>Debtor. | Case No. 25-41970 WJL<br>Chapter 11<br><br>Date: February 11, 2026<br>Time: 10:30 a.m.<br>Location: 1300 Clay Street (Ctrm 220 or via Zoom) Oakland, CA 94612 |

## ORDER FOLLOWING STATUS CONFERENCE

On February 11, 2026, at 10:30 a.m. the Court held a status conference in this case. Jonathan Madison, esq., appeared on behalf of the debtor South Hayward Ventures, LLC ("**Debtor**") and Phillip J. Shine appeared for the U.S. Trustee. Based on the entire record of the case, for the reasons stated at the hearing, and good cause appearing,

**IT IS HEREBY ORDERED** that the *Ex Parte Application to Employ Jonathan Madison, Esq. as Attorney for the Estate and the Debtor* (Dkt. No. 20) is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that the status conference in this case shall be continued to March 11, 2026, at 10:30 a.m.

//

//

**IT IS HEREBY FURTHER ORDERED** that Debtor shall file an application to employ experienced chapter 11 counsel on or before February 25, 2026. Failure to meet this deadline may result in the case being dismissed or converted and the status conference being vacated without further notice.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Participants

South Hayward Ventures LLC
2935 Fulton Avenue
Sacramento, CA 95821